Charles D. Wilbert, Esq. (SB#213608)
LAW OFFICES OF CHARLES D. WILBERT
16633 Ventura Blvd., Suite 900
Encino, CA 91436
Phone: (818) 981-8277
Fax: (818) 981-1227

Attorney for Plaintiff,
PAMELA DUBIEL

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>Cheri Tree<br><br>Debtor. | Case No.: 2:09-bk-30712-SB<br><br>**NOTICE OF CONTINUED HEARING ON PLAINTIFF'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: October 7, 2009<br>Time: 9:30 a.m.<br>Courtroom: 1575<br>Judge: Hon. Samuel L. Bufford |

PLEASE TAKE NOTICE that the Court has continued the hearing on Plaintiff's Motion for Relief from Automatic Stay in the above-entitled matter from October 6, 2009 to October 7, 2009 at 9:30 a.m. in Courtroom 1575 located at 255 East Temple Street, Los Angeles, CA 90012.

Dated: September 16, 2009

By: _____
Charles D. Wilbert, Attorney for Plaintiff,
PAMELA DUBIEL

| In re: | CHAPTER: 7 |
|---|---|
| Cheri Tree | CASE NUMBER: 2:09-bk-30712-SB |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as NOTICE OF CONTINUED HEARING ON PLAINTIFF'S MOTION FOR RELIEF FROM AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/16/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Carolyn A. Dye, Esq., Trustee
3435 Wilshire Blvd., Suite 1045
Los Angeles, CA 90010

Henry M. Toles, Esq.
11746 Goshen Ave., Suite 1
Los Angeles, CA 90049

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/16/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Hon. Samuel L. Bufford
255 E. Temple St., Suite 1582
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/16/09 | Charles D. Wilbert | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1